DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MANNOT LUSCA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No.  2D21-3821

_____

September 7, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Hillsborough County; Michelle Sisco, Judge.

PER CURIAM.

Affirmed.

KELLY, VILLANTI, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.